# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**SARA ELIZABETH CALDER FORD**                                                                  **PLAINTIFF**

**VS.**                        **CIVIL ACTION NO. 1:14-CV-69-SA-DAS**

**MISSISSIPPI METHODIST SENIOR SERVICES, INC.,**
**d/b/a TRINITY PERSONAL CARE CENTER**                              **DEFENDANT**

## AGREED ORDER OF DISMISSAL

Upon motion of the parties, the Court is advised that Mississippi Methodist Senior Services, Inc. and Sara Elizabeth Calder Ford have compromised and settled this case, and for that reason, any and all claims by or on behalf of Sara Elizabeth Calder Ford in this action are hereby dismissed with prejudice with each party to bear their own costs.

**SO ORDERED, on this the 29th day of September, 2015.**


                                                 **/s/ Sharion Aycock**
                                                 **UNITED STATES DISTRICT COURT JUDGE**